IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| AON CORPORATION, | ) |
| Plaintiff, | ) Case No. 15-cv-04980 |
| v. | ) District Judge Andrea R. Wood |
| JOSE LUIS CONTRERAS CABEZAS, | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION TO DISMISS**

Defendant José Luis Contreras Cabezas ("Contreras"), by and through his attorneys, respectfully moves this honorable Court to dismiss the Complaint for several independent reasons. In support of his motion, Contreras states as follows.

1. This Court should dismiss this case on the basis of *forum non conveniens*. An alternate forum for the parties' dispute exists in Bolivia where Mr. Contreras resides, was employed by the three Bolivian entities Aon Bolivia, Aon Re Bolivia and Aon Consulting, and is already engaged in litigation with certain of them regarding the matters raised in this case as well as others concerning his employment. (Mem. Supp. Mot. 5-8; Contrares Decl. ¶¶ 3-7, 12-15; Novillo Decl. ¶¶ 5-8.) Shareholders such as Aon have a remedy under Bolivian law for claims of breach of fiduciary duty and fraud, and most, if not all of the witnesses, as well as accounting records, the property at issue, and other evidence relating to the claims are found in Bolivia. (Novillo Decl ¶¶ 16 (citing Bolivian Commercial Code Article 321); Contrares Decl. ¶¶ 16-17.)

2. Personal jurisdiction may not be exercised over Contreras because Aon has not and cannot allege that Contreras had sufficient minimum contacts with the State of Illinois for personal jurisdiction to attach consistent with Constitutional Due Process. (Mem. Supp. Mot. at 8-14.) Aon does not allege general jurisdiction, and its allegations do not support a finding of

1

specific personal jurisdiction. Mr. Contreras is a Bolivian citizen and the claims alleged, breach of fiduciary duty and fraud, concern his fiduciary obligations as an officer of three Bolivian entities Aon Bolivia, Aon Re Bolivia, and Aon Consulting. (*Id.*) Likewise, the alleged misappropriations, transactions and related failures to disclose, all occurred in Bolivia. (*Id.*)

3. In addition, the complaint must be dismissed because Aon lacks prudential standing to bring the fraud and breach of fiduciary duty claims it attempts to bring. (*Id.* at 15-18.) Aon's characterizations notwithstanding, Aon's claims are indirect and derivative, belonging to the Bolivian entities Aon Bolivia and Aon Re Bolivia and arising under Bolivian law. (*Id.*) Aon's ownership interest in Aon Bolivia, Aon Re Bolivia and Aon Consulting exists only through its ownership of three other subsidiaries, a Delaware corporation, a Maryland Corporation, and an Illinois corporation, and its damages allegations do not change the standing analysis. (*Id.* at 3-4; 15-18.)

4. Further, Aon cannot simply amend its complaint to add the necessary parties Aon Bolivia and Aon Re Bolivia because not only has Aon expressly disclaimed any interest in the claims belonging to those corporations (*see* Compl. ¶ 4), but those claims are already the subject of substantially advanced litigation in Bolivia. (Mem. Supp. Mot. at 19; Novillo Decl ¶¶ 5-11; Contrares Decl. ¶¶ 12-15.)

5. Even if this Court finds that Aon could sufficiently allege a direct cause of action, the Court should nevertheless respect the authority of the Bolivian courts and defer taking any action on this case until the courts of Bolivia have had the opportunity to rule on the matter. (Mem. Supp. Mot. at 19-20.)

6. In further support of his motion, Contreras respectfully refers the Court to his Memorandum in Support of Motion to Dismiss, and the attached declarations.

WHEREFORE, Defendant José Luis Contreras Cabezas respectfully requests that this motion be granted, that the case be dismissed under the *forum non conveniens* doctrine, for lack of personal jurisdiction, or for lack of prudential standing, or in the alternative that this Court stay proceedings of this matter on the basis of comity until all Bolivian litigation has concluded, and that this Court order any other relief that is just and equitable under the circumstances.

Dated: June 1, 2016

                                          Respectfully Submitted,

                                          By: *Nicole Nehama Auerbach*

                                          Nicole Nehama Auerbach
                                          Margot Klein
                                          VALOREM LAW GROUP
                                          35 E. Wacker Drive, Suite 2900
                                          Chicago, IL 60601
                                          Phone: (312) 676-5460
                                          nicole.auerbach@valoremlaw.com
                                          margot.klein@valoremlaw.com

                                          ***Attorneys for Defendant***
                                          ***José Luis Contreras Cabezas***