**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1**
**Eastern Division**

AON Corporation

                  Plaintiff,

v.

Jose L. Contreras Cabezas

                  Defendant.

Case No.: 1:15–cv–04980
Honorable Andrea R. Wood

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 7, 2018:

      MINUTE entry before the Honorable Andrea R. Wood: For the reasons explained in the accompanying Memorandum Opinion and Order, Defendant's motion to dismiss [25] and Plaintiff's motion to strike [39] are denied. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.